Case 5:07-cv-00126-FPS-JSK

U.S. DISTRICT COURT
FILED AT WHEELING, WV

NOV - 6 2007

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RALPH ARRED,

    Petitioner,

v.

    Civil Action No. 5:07cv00126
    (Judge Stamp)

WAYNE A. PHILLIPS, Warden,

    Respondent.

## ORDER

The Respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted document under seal herein, more specifically, Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: *November 6, 2007*

                                                                               UNITED STATES MAGISTRATE JUDGE